

Misc. No. 12–8014/MC. Shawn C. Blair v. William Riggs, Colonel, United States Marine Corps, in his official capacity as Military Judge, and The United States, Appellees. CCA 201200018. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

No. 11–0443/AR. U.S. v. Aaron P. Hudson. CCA 20090506. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 26, 2012.

No. 11–0476/AR. U.S. v. Berttran L. Tiller. CCA 20080438. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including March 13, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0331/AR. U.S. v. Jamil V. Williams. CCA 20090619. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including March 20, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*